UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
    v. )
ALONZO FIELDS, )
    Defendant. )
_____ )

Criminal Case No. 13-00200-016 (RWR/AK)

**FILED**

**APR - 8 2016**

**Clerk, U.S. District and Bankruptcy Courts**

## REPORT AND RECOMMENDATION

This matter was referred to a United States Magistrate Judge by the Honorable Richard

W. Roberts, Chief Judge, for a Hearing on Violation of Defendant's supervised release and a

Report and Recommendation.

### Background

On August 21, 2014, the Defendant was sentenced to time served, 12 months supervised

release, and a $25.00 special assessment for Simple Possession of a Controlled Substance, 21

U.S.C. §844(a). Special conditions of his supervision include:

- Substance abuse treatment

- 100 hours of community service

- Substance abuse testing (12/19/2014 modified)

Supervision began on August 21, 2014 and was scheduled to terminate on August 20, 2015.

This is an update on Mr. Field's status since his last court appearance on August 17, 2015. On

August 7, 2015, the Probation Officer contacted Ms. Craig of Inner Voices, Inc. a non-profit

organization. Ms. Craig confirmed that Mr. Fields completed 100 hours of service and he was not

compensated for his work. The Probation Officer further noted that on July 13, 2015, Defendant

tested negative for controlled substances with the exception of opiates and oxycodone that were

1

prescribed for Mr. Fields by a physician. In addition, a criminal record check conducted on August 10, 2015 did not reveal any new criminal activity since Mr. Fields began his supervision.

## Hearing on Violation

A hearing on the alleged violations of the conditions of Mr. Fields' supervision was held on August 17, 2015. At the hearing, Mr. Fields was represented by Counsel. The Probation Officer noted on the record that Mr. Fields had seven violations, all technical in nature. The Probation Officer stated that six of the violations were to be dismissed but Violation No. 4 remained – namely that Mr. Fields failed to comply with his therapy. The Probation Officer further noted that if Mr. Fields conceded Violation No. 4, the Probation Officer would recommend that the sanction imposed should be that Defendant's supervised release, which terminated on August 20, 2015, be recorded **unsuccessful**. The Government concurred in the recommended sanction of the Probation Officer. Mr. Fields, through his counsel, also concurred in the sanction.

## Recommendation

The undersigned found by a preponderance of the evidence that Mr. Fields violated the terms and conditions of his supervised release and recommends that the imposition of the sanction of unsuccessful supervised release is warranted.

DATED: August 28, 2015

ALAN KAY
UNITED STATES MAGISTRATE JUDGE

SEEN AND APPROVED:

DATED: 4|8|16

Amit P. Mehta
United States District Judge

2